# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **3D Systems, Inc. v. Wynne et al.**          Case Number: **21cv1141-LAB-DEB**

Hon. Larry Alan Burns          Ct. Deputy: T. Weisbeck          Reporter: C. Ott

    Currently on calendar for Monday, October 4, 2021 at 11:30 a.m. is a hearing on Defendant's motion to dismiss. (Dkt. 10.) Pursuant to Civil Local Rule 7.1(d)(1), the Court finds this motion suitable for decision without oral argument. Accordingly, the hearing on this motion is taken off calendar and this matter is taken under submission. No appearances will be required in this matter on October 4, 2021.

Date: September 29, 2021                                                                                 Initials: LC

cc: All Counsel