UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3D SYSTEMS, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>BEN WYNNE, et al.,<br><br>                              Defendants. | Case No.: 21-cv-1141-LAB-DDL<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO COMPEL AND SETTING BRIEFING SCHEDULE ON DISCOVERY DISPUTES**<br><br>**[Dkt. No. 110]** |

On March 17, 2023, the Court held a hearing on Defendants' motion to compel further responses to their Requests for Production of Documents (Dkt. No. 110) and other discovery disputes between the parties (Dkt. No. 112).

**ORDER ON DEFENDANTS' MOTION TO COMPEL**

For the reasons stated on the record, Defendants' motion to compel is GRANTED IN PART and DENIED IN PART as follows.

Defendants' motion to compel search terms is GRANTED IN PART and DENIED IN PART as set forth in Attachment A.

Defendants' motion to compel Plaintiff to include additional custodians in its searches for ESI responsive to Defendants' Requests for Production is GRANTED as to Aaron Wood, Derek Gary, Steven Roundtree (for the period between July 1, 2017, and

1

September 15, 2017), and Chris Manners.[1] Defendants' motion to compel is DENIED as to Winthrop Childers, Menno Ellis, Scott Green, Jim Ruder, Carol Zampell, and Jeff Blank. However, the Court permitted Defendants to pick one additional custodian from the list of denied custodians, and Defendants have selected Jeff Blank. The Court concludes that Scott Green is moot given Defendants' agreement to withdraw him as a proposed custodian.

As further stated on the record, the Court hereby ORDERS as follows:

1. Plaintiff is directed to ingest the custodial files of Aaron Wood, Derek Gary, Chris Manners, Steven Roundtree (for the period between July 1, 2017, and September 15, 2017), and Jeff Blank;

2. Plaintiff shall run the search terms specified in Attachment A across all custodians, subject to any limitations specified therein, but the following three terms selected by Defendants are not subject to any limitations: "display subsystem," "multi-projector system," and "plurality of image projectors;"

3. To the extent consistent with the Court's comments at the hearing on March 17, 2023, Plaintiff shall also run the search terms that it has independently determined are appropriate across the custodians that it has independently determined are appropriate to search for documents responsive to Defendants' Requests for Production;

4. Plaintiff is directed to ingest and review Jeff Blank's e-mails across the search terms as specified in Attachment A, and separately produce all responsive, non-privileged documents;

///

---

[1] Plaintiff represented that it had previously ingested the custodial files of Patrick Dunne, Seth Astle, Doug Hoffman, Darshan Pandya, Diana Kalisz, Scott Turner, Vyomesh Joshi, Chuck Hull, Martin (Marty) Johnson, Guthrie Cooper, Stacie Hoche, David (Dave) Tribolet, and Evan Keuster.

5. By not later than **April 3, 2023**, Plaintiff and Defendants may each file a brief not to exceed five (5) pages, addressing the Court's tentative ruling that Plaintiff shall pay Defendants $16,102.50 as an apportionment of the reasonable expenses Defendants incurred in bringing the motion to compel under Fed. R. Civ. P. 37(a)(5)(C); and

6. By not later than **April 7, 2023**, Defendants shall produce their privilege log.

## BRIEFING SCHEDULE FOR DISCOVERY DISPUTES

The parties shall continue to meet and confer in good faith regarding all outstanding discovery disputes and shall attempt to resolve those issues without the Court's intervention or narrow the issues that will be raised with the Court. In the event the parties are unable to resolve any of the outstanding discovery disputes on their own, the Court ORDERS as follows:

1. Plaintiff shall file any motion to compel with respect to Defendants' response to Plaintiff's Request for Production No. 1 by not later than **March 31, 2023**. Defendants shall file their opposition by **April 7, 2023**. Unless ordered by the Court, there shall be no reply. The briefs shall be no longer than five pages, excluding exhibits.

2. Defendants shall file any motion related to Evan Keuster's contention that he is not required to respond to Defendants' First Set of Requests for Production and First Set of Requests for Admissions by not later than **March 31, 2023**. Mr Keuster shall file his opposition by not later than **April 7, 2023**. Unless ordered by the Court, there shall be no reply. The briefs shall be no longer than five pages, excluding exhibits.

3. Plaintiff shall file any motion for leave to propound additional Requests for Production by not later than **March 31, 2023**. Defendants shall file their opposition by not later than **April 7, 2023**. Unless ordered by the Court, there shall be no reply. The briefs shall be no longer than five pages, excluding exhibits.

4. With respect to Plaintiff's Request for Inspection of Tangible Things to Intrepid Automation, Intrepid shall serve its written response by **April 3, 2023**. To the extent Intrepid Automation intends to file a motion for a protective order with respect to

1  Plaintiff's Request for Inspection, it shall do so by not later than **April 10, 2023**. Plaintiff
2  shall file any opposition by not later than **April 17, 2023**. Defendants shall file any reply
3  by not later than **April 24, 2023**.

4       **IT IS SO ORDERED.**

5  Dated: March 28, 2023

*David Leshner*
_____
Honorable David D. Leshner
United States Magistrate Judge

# ATTACHMENT A

## Search Terms That Plaintiff Shall Run

As stated on the record at the hearing on March 17, 2023, the Court directs Plaintiff to run the following search terms:

- Intrepid
- "the architects"
- ("misappropriated" OR "misappropriate" OR "misappropriation" OR "steal" OR "take") AND ("Intrepid" OR "Ben" OR "Wynne" OR "Jamie" OR "Etcheson" OR "Tanner" OR "Chousal" OR "Ivan" OR "Mueller" OR "the five" OR "fab five" OR "the architects")
- ("trade secret" OR "trade secrets") AND ("Intrepid" OR "Ben" OR "Wynne" OR "Jamie" OR "Etcheson" OR "Tanner" OR "Chousal" OR "Ivan" OR "Mueller" OR "the five" OR "the fab 5" OR "the architects")
- "US010780640" OR "10,780,640"
- "US010809205" OR "10,809,205"
- "US010759116" OR "10,759,116"
- "US010647055" OR "10,647,055"
- "US010844211" OR "10,844,211"
- "20200103857" OR ("Intrepid" AND "application")
- "Intrepid" AND ("Enso" OR "CAD data" OR "Figure 4")
- "the fab 5"
- "dream team"

/ / /

/ / /

/ / /

/ / /

/ / /

**Search Terms That Plaintiff Shall Run With Limitations**

As stated on the record at the hearing on March 17, 2023, Plaintiff is directed to run the following search terms limited to non-3DS domains and excluding communications with those subject to a non-disclosure agreement:[2]

- Halo
- LabDental
- Probot
- Testbot
- Projet
- "GE Cell"
- "SLA bot"
- Argen
- Enso
- "Figure 4"
- "Athena"
- Janbot
- "stack light"
- Aurora
- "6 pack" OR "six pack" OR "6-pack"
- "4 pack" OR "four pack" OR "4-pack"
- "2x2 array"
- "edge blending"
- Stitching
- "calibrating techniques"

---

[2]   As stated at the hearing, Plaintiff must run and produce all documents responsive to the three search terms selected by Defendants without any limitation.

- "varying energy"
- Spine
- "elevator mounted"
- "elevator system"
- "elevator arms"
- "physical tension"
- "projector mounted"
- Bracket
- "dimensioning data"
- "tolerance data"
- "temperature control"
- "resin pool temperature"
- "heating polymer"
- "print platform motion parameters"
- "LED array"
- "real time warping"
- "warp correction"
- ("de-warping" OR "dewarping")
- GitHub
- "DLP muti-projector"
- "CAD" AND (Enso OR "Figure 4" OR "F4" OR "Figure 4") AND (file OR files OR drawings)
- "spooling data"
- "additive manufacturing system"
- "schematic diagram information"
- customer AND (list OR lists)
- pricing AND (list OR lists)

- supplier AND (list OR lists)
- contact AND (vendor OR supplier)
- marketing AND (strategy OR strategies)
- "display subsystem"
- "plurality of image projectors"
- "multi-projector system"

## Search Terms That Plaintiff Is Not Directed To Run

As stated on the record at the hearing on March 17, 2023, the Court denied Defendants' motion to compel Plaintiff to run the following search terms:

- Wynne
- Tanner
- Etcheson
- Mueller
- Chousal
- The five
- The 5
- ("Evan" OR "Kuester") AND ("Intrepid" OR "Tanner" OR "Chris" OR "Wynne" OR "Ben" OR "Etcheson" OR "Jamie" OR "Mueller" OR "Robert" OR "Chousal" OR "Ivan" OR "the five" OR "fab five" OR "the architects")
- patent AND ("Intrepid" OR "Ben" OR "Wynne" OR "Jamie" OR "Etcheson" OR "Tanner" OR "Chousal" OR "Ivan" OR "Mueller" OR "the five" OR "the fab 5" OR "the architects")
- "Ben" AND ("Intrepid" OR "Jamie" OR "Robert" OR "Ivan")
- ("Chris" OR "Christopher") AND ("Intrepid" OR "Ben" OR "Jamie" OR "Robert" OR "Ivan")
- "Jamie" AND ("Intrepid" OR "Ben" OR "Jamie" OR "Robert" OR "Ivan")

- ("Robert" OR "Rob") AND ("Intrepid" OR "Ben" OR "Jamie" OR "Ivan")
- "Ivan" AND ("Intrepid" OR "Ben" OR "Jamie" OR "Robert")
- ("Wynne" OR "Tanner" OR "Etcheson" OR "Mueller" OR "Chousal") AND ("Enso" AND "control system") OR ("CAD files" AND "Figure 4") OR ("vat base photopolymer") OR ("schematic diagram information" AND ("Halo" OR "LabDental" OR "ProBot" OR "Janbot")) OR (("3D Systems" OR "3DS") AND ("proprietary" OR "confidential") AND ("customer list" OR "customer lists" OR "pricing list" OR "supplier list" OR "vendor contact information" OR "supplier contact information" OR "marketing strategies")