# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3D Systems, Inc. <br> **Plaintiff,** <br> V. <br> Ben Wynne, et al. <br> **Defendant.** | Case No. 3:21-cv-01141-LAB-DDL <br><br> **PRO HAC VICE APPLICATION** <br><br> Plaintiff 3D Systems, Inc. <br> Party Represented |

I, __Osvaldo A. Farres__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Hunton Andrews Kurth LLP
Street address: 2200 Pennsylvania Avenue NW
City, State, ZIP: Washington, DC 20037
Phone number: 1-202-955-1500
Email: ofarres@hunton.com

That on __April 16, 1999__ I was admitted to practice before __USDC, SD of Florida__
(Date) (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ( ☐ have)  (☒ have not)  concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____  Date of Application _____
Application:  ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_/s/_ 
(Signature of Applicant)
Osvaldo A. Farres

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Emily Burkhardt Vicente                           213-532-2000
(Name)                                             (Telephone)
Hunton Andrews Kurth LLP
(Firm)
550 South Hope Street Suite 2000     Los Angeles, California   90071-2627
(Street)                              (City)                    (Zip code)

_/s/_
(Signature of Applicant)
Osvaldo A. Farres

I hereby consent to the above designation.   /s/ Emily Burkhardt Vicente
(Signature of Designee Attorney)
Emily Burkhardt Vicente