UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3D SYSTEMS, INC. | Case No.:   21cv1141-LAB (DDL) |
| Plaintiff, | |
| | **ORDER DENYING PRO HAC VICE APPLICATION OF OSVALDO A. FARRES [Dkt. 176]** |
| v. | |
| BEN WYNNE, et al. | |
| Defendants. | |

The pro hac vice application for Osvaldo A. Farres, counsel for Plaintiff 3D Systems, Inc., is **DENIED**. Designated counsel's address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071-2627, which is in Los Angeles County and not in this judicial district. Designated counsel is therefore not "local." *See* CivLR 83.3(c)(5).

**IT IS SO ORDERED**.

Dated:  May 8, 2023

Honorable Larry Alan Burns
United States District Judge