*3D Systems, Inc. v. Ben Wynne and Related CrossClaim and Third Party Claim*
U.S. District Court Case No.: 3:21-cv-01141-LAB-DDL

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 West A Street, Suite 1900, San Diego, California, 92101. On May 18, 2023, I caused to be served the following document(s):

- **DEFENDANTS'** *AMENDED* **ANSWER AND COUNTERCLAIM/THIRD PARTY CLAIM**

on the following parties in this action:

Roland M. Juarez, Esq.
Emily Burkhardt Vicente, Esq.
D. Andrew Quigley, Esq.
HUNTON ANDREWS KURTH LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627
T: (213) 532-2000; F: (213) 532-2020
Email: rjuarez@HuntonAK.com; ebvicente@HuntonAK.com; aquigley@HuntonAK.com
*Attorneys for Plaintiff/Counter-Defendant 3D Systems, Inc., and Third Party Defendant, Evan Kuester*

by the following method of service:

**X     BY ELECTRONIC TRANSMISSION VIA NEXTGEN/ECF**
I electronically filed the foregoing document(s) with the Clerk of the Court through the NextGen/ECF system for the Southern District Court of the United States, which system sent Notification of Electronic Filing to the persons listed on the Court's service list for this case. Upon completion of transmission of said documents, a certified receipt is issued to the filing party acknowledging receipt by the NextGen/ECF system.

Executed on May 18, 2023, at San Diego, California. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

*/s/ Anne E. Swenson*
_____
Anne E. Swenson