UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3D SYSTEMS, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>BEN WYNNE, et al.,<br><br>                    Defendants. | Case No.:  21-cv-1141-LAB-DDL<br><br>**ORDER GRANTING RENEWED JOINT MOTION TO MODIFY SCHEDULING ORDER AND CONTINUE PRETRIAL DEADLINES**<br><br>**[Dkt. No. 347]** |

On October 10, 2023, the parties filed a Renewed Joint Motion to Modify the Scheduling Order and Continue Pretrial Deadlines ("Renewed Joint Motion"). Dkt. No. 347. In an order dated October 3, 2023, the Court denied the parties' first joint motion seeking the same relief for failure to demonstrate good cause under Federal Rule of Civil Procedure 16(b)(4). Dkt. No. 339.

Rule 16(b)(4) provides that a pretrial scheduling order "may be modified only for good cause and with the judge's consent." "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

In the Renewed Joint Motion, the parties contend that an extension of certain pretrial deadlines is necessary "for several reasons." Dkt. No. 347 at 3. Among the reasons

provided is that depositions and inspections have had to be postponed due to individuals testing positive for Covid or exhibiting flu-like symptoms. *Id*. at 3-4. The parties further state that the need to reschedule depositions and inspections close to the initial expert report deadline on October 27, 2023, has generated "significant concerns about whether [the parties'] experts will have sufficient time to review the transcripts of deposition," "conduct the various inspections [and] analyze the information obtained from those inspections," and thereafter "conduct expert depositions and discovery and assess possible Daubert motions." *Id*. at 4.

Based on the foregoing, the Court concludes that the parties have demonstrated good cause to modify the expert deadlines, including the deadline to file *Daubert* motions. The Renewed Joint Motion is **GRANTED** and the pretrial schedule is modified as follows:

| Event | Existing Date | New Date |
|---|---|---|
| Deadline to comply with disclosure provisions of FRCP 26(a)(2)(B) and (C) related to all claims | October 27, 2023 | November 15, 2023 |
| Mandatory Settlement Conference (in-person) | November 17, 2023, at 9:00 a.m. | NO CHANGE |
| Deadline to comply with FRCP (a)(2)(D)(ii) related to all claims | November 28, 2023 | December 15, 2023 |
| Deadline to complete all expert discovery related to all claims | January 3, 2024 | January 15, 2024 |
| Deadline to file pretrial motions (excluding *Daubert* motions) | January 17, 2024 | NO CHANGE |

| Event | Existing Date | New Date |
|---|---|---|
| Deadline to file *Daubert* motions | January 17, 2024 | January 29, 2024 |
| Deadline to comply with pretrial disclosure requirements of FRCP 26(a)(3) | April 19, 2024 | NO CHANGE |
| Deadline for counsel to meet and take action as required by Civ.L.R. 16.1.f.4 | April 26, 2024 | NO CHANGE |
| Deadline for Plaintiff's counsel to provide opposing counsel with the pretrial order for review | May 3, 2024 | NO CHANGE |
| Deadline to lodge proposed final pretrial conference order | May 15, 2024 | NO CHANGE |
| Final pretrial conference | May 20, 2024 at 12:00 p.m. | NO CHANGE |

No further extensions or modifications of the pretrial schedule will be granted absent a showing of good cause.

**IT IS SO ORDERED.**

Dated: October 16, 2023

Hon. David D. Leshner
United States Magistrate Judge