# EXHIBIT 2

| ONSHAPE DEPOSITION | | | | | |
|---|---|---|---|---|---|
| Date | Timekeeper | Hours attributable to Sanctions Motion Only | Attorney Hourly Rate | Dollar Value | Narrative related to Sanctions Motion Only |
| 9/4/2023 | D A QUIGLEY | 4.10 | $ 625.00 | $ 2,562.50 | Prepare outline for deposition of OnShape. |
| 9/6/2023 | E B VICENTE | 3.40 | $ 830.00 | $ 2,822.00 | Revise outline for deposition of OnShape (2.5); confer with A. Quigley regarding OnShape deposition (.5); correspond with OnShape regarding deposition (.1); confer with A. Quigley regarding strategy for OnShape deposition (.3). |
| 9/6/2023 | D A QUIGLEY | 1.30 | $ 625.00 | $ 812.50 | Prepare for OnShape deposition. |
| 9/7/2023 | D A QUIGLEY | 7.00 | $ 625.00 | $ 4,375.00 | Conduct deposition of 30(b)(6) witness for OnShape |