# EXHIBIT 3

| MOTIONS FOR SANCTIONS | | | | | |
|---|---|---|---|---|---|
| Date | Timekeeper | Hours attributable to Sanctions Motion Only | Attorney Hourly Rate | Dollar Value | Narrative related to Sanctions Motion Only |
| 8/29/2023 | M A PEARLSON | 1.50 | $ 400.00 | $ 600.00 | Analyze case law in support of Plaintiffs' motion for sanctions under FRCP 37. |
| 8/30/2023 | M A PEARLSON | 0.90 | $ 400.00 | $ 360.00 | Prepare draft of legal background in support of Plaintiff's motion for sanctions. |
| 9/4/2023 | D A QUIGLEY | 3.90 | $ 625.00 | $ 2,437.50 | Review and revise motion for sanctions |
| 9/4/2023 | M A PEARLSON | 1.30 | $ 400.00 | $ 520.00 | Outline arguments in support of motion for sanctions for Defendants' spoliation of evidence. |
| 9/9/2023 | M A PEARLSON | 3.90 | $ 400.00 | $ 1,560.00 | Prepare draft of motion for sanctions regarding Defendants' spoliation of evidence. |
| 9/10/2023 | M A PEARLSON | 2.70 | $ 400.00 | $ 1,080.00 | Prepare draft of motion for sanctions regarding Defendants' spoliation of evidence. |
| 9/12/2023 | M A PEARLSON | 0.70 | $ 400.00 | $ 280.00 | Research sanctions on Defendants for spoliation pursuant to FRCP 37(c)(1). |
| 9/14/2023 | R JUAREZ | 3.60 | $ 830.00 | $ 2,988.00 | Review and revise motion for sanctions related to OnShape (2.2);review file and law related to the same (1.0); strategy and legal conference regarding the same (.4) |
| 9/16/2023 | E B VICENTE | 0.20 | $ 830.00 | $ 166.00 | Assess relief to be sought on motion for spoliation sanctions (.2) |
| 9/18/2023 | M A PEARLSON | 0.70 | $ 400.00 | $ 280.00 | Research regarding remedies in support of sanctions regarding Defendants' spoliation of evidence. |
| 9/18/2023 | M A PEARLSON | 0.60 | $ 400.00 | $ 240.00 | Prepare draft of sanctions motion regarding Defendants' spoliation of evidence. |
| 9/20/2023 | M A PEARLSON | 2.50 | $ 400.00 | $ 1,000.00 | Prepare draft of motion for sanctions against Defendants for spoliation. |
| 9/21/2023 | M A PEARLSON | 3.00 | $ 400.00 | $ 1,200.00 | Prepare draft of motion for sanctions against Defendants for spoliation. |
| 9/22/2023 | R JUAREZ | 3.20 | $ 830.00 | $ 2,656.00 | Final review and revision of motion for sanctions (3.2) |
| 9/25/2023 | D A QUIGLEY | 3.40 | $ 625.00 | $ 2,125.00 | Review and revise motion for spoliation sanctions (3.4) |
| 9/28/2023 | D A QUIGLEY | 0.40 | $ 625.00 | $ 250.00 | Review and revise spoliation motion (.4) |
| 9/29/2023 | D A QUIGLEY | 2.40 | $ 625.00 | $ 1,500.00 | Revise motion for spoliation sanctions (2.1); prepare spoliation email to client (.3). |
| 9/30/2023 | D A QUIGLEY | 3.40 | $ 625.00 | $ 2,125.00 | Revise motion for spoliation sanctions (3.4) |
| 10/2/2023 | D A QUIGLEY | 2.40 | $ 625.00 | $ 1,500.00 | revise motion for spoliation sanctions based on comments from E. Vicente and R. Juarez (2.4) |
| 10/2/2023 | E B VICENTE | 1.20 | $ 830.00 | $ 996.00 | revise spoliation motion (1.2) |
| 10/2/2023 | R JUAREZ | 2.20 | $ 830.00 | $ 1,826.00 | Review and revise motion for sanctions. |
| 10/3/2023 | D A QUIGLEY | 2.90 | $ 625.00 | $ 1,812.50 | revise motion for spoliation sanctions and supporting documents (2.9) |
| 10/3/2023 | E B VICENTE | 1.00 | $ 830.00 | $ 830.00 | revise motion for spoliation sanctions (1.0) |
| 10/4/2023 | D A QUIGLEY | 2.60 | $ 625.00 | $ 1,625.00 | revise motion for spoliation sanctions and supporting documents (2.6); |
| 10/4/2023 | E B VICENTE | 2.70 | $ 830.00 | $ 2,241.00 | revise motion for spoliation sanctions (2.7); |
| 10/4/2023 | R JUAREZ | 1.9 | $ 830.00 | $ 1,577.00 | Final review and revision of spoliation motion (1.9) |
| 10/5/2023 | D A QUIGLEY | 6.20 | $ 625.00 | $ 3,875.00 | Prepare motion to seal documents in support of spoliation motion and supporting declaration (1.3); revise spoliation motion and supporting documents (4.2); identify exhibits for use in spoliation motion (.7) |

| Date | Timekeeper | Hours attributable to Sanctions Motion Only | Attorney Hourly Rate | Dollar Value | Narrative related to Sanctions Motion Only |
|---|---|---|---|---|---|
| 10/5/2023 | E B VICENTE | 3.40 | $ 830.00 | $ 2,822.00 | review and assess OnShape documents produced by Defendants in response to spoliation allegations and confer with team regarding same (.8); revise motion for terminating sanctions (1.9); revise declaration of S. Turner in support of motion for spoliation sanctions (.3); revise declaration of S. Turner in support of motion to seal documents (.4) |
| 10/5/2023 | R JUAREZ | 3.60 | $ 830.00 | $ 2,988.00 | Multiple strategy and legal conferences and email related to spoliation motion for sanctions (1.2); review and revise S. Turner's declaration in support of spoliation motion (1.9); review and assess email related to defense counsel finding documents previously deleted (.2); multiple legal and strategy conferences regarding the same (.3). |
| 10/6/2023 | B H MOON | 0.40 | $ 315.00 | $ 126.00 | Review deposition transcripts for PTC representative and C. Tanner to mark page-line citations referenced in exhibits used for Motion for Spoliation Sanctions. |
| 10/6/2023 | D A QUIGLEY | 9.30 | $ 625.00 | $ 5,812.50 | Finalize motion for sanctions and supporting documents, including motion to seal and supporting declarations. |
| 10/6/2023 | E B VICENTE | 8.00 | $ 830.00 | $ 6,640.00 | Further assess strategy for spoliation motion and request for forensic review and draft recommendation to clients (.5); revise motion for spoliation sanctions and brief in support based on Defendants' belated document production (3.5); revise S. Turner declaration in support of motion for spoliation sanctions (.2); strategy discussions with R. Juarez and A. Quigley regarding motion for spoliation sanctions (.8); review B. Wynne testimony regarding documents supposedly found on OnShape (.2); revise declaration of A. Quigley in support of motion (1.0); revise EBV declaration in support of motion (1.3); review and assess exhibits to declarations (.5) |
| 10/6/2023 | J D BORJA | 1.00 | $ 400.00 | $ 400.00 | analyze OnShape documentation in preparation for revising motion for spoliation (1.0) |
| 10/6/2023 | R JUAREZ | 4.40 | $ 830.00 | $ 3,652.00 | Finalize motion for sanctions (1.7); multiple strategy and legal email and discussions regarding the same (.3); review and revise declaration of A. Quigley (.9); review and revise declaration of E. Burkhardt Vicente (.8); review and assess OnShape method of deletion (.4); strategy discussion with K. Roberson related to B. Wynne deposition and impact on sanction motion (.3). |

2