# EXHIBIT 4

| REPLY ISO MOTION FOR SANCTIONS | | | | | |
|---|---|---|---|---|---|
| Date | Timekeeper | Hours attributable to Sanctions Motion Only | Attorney Hourly Rate | Dollar Value | Narrative related to Sanctions Motion Only |
| 10/25/2023 | B H MOON | 0.30 | $ 315.00 | $ 94.50 | Continue to review Decl. of J. Catalano in support of Opposition to motion for sanctions Exhibits A-Q to determine if the CAD photos contained in his exhibits were even produced and provide attorney with bates numbering from the Intrepid Production. |
| 10/25/2023 | D A QUIGLEY | 0.40 | $ 625.00 | $ 250.00 | Review Plaintiff's opposition to motion for sanctions (0.4). |
| 10/25/2023 | E B VICENTE | 0.90 | $ 830.00 | $ 747.00 | Review and comment on Defendants' opposition to motion for spoliation sanctions for reply brief (.8); correspond with B. McClaflin regarding strategy for reply on motion for spoliation sanctions (.1); |
| 10/26/2023 | D A QUIGLEY | 5.10 | $ 625.00 | $ 3,187.50 | Review sanctions opposition and prepare notes for reply (3.1); conduct call with K. Roberson and B. McClaflin re: reply (1.0); strategize regarding reply arguments (1.0) |
| 10/26/2023 | E B VICENTE | 2.10 | $ 830.00 | $ 1,743.00 | Telephone conference with clients and team regarding reply in support of motion for sanctions (1.8); outline points for same (.3); |
| 10/26/2023 | R CORTEZ, JR. | 8.90 | $ 450.00 | $ 4,005.00 | Review Defendants' opposition to 3D Systems' motion for terminating sanctions, declarations, in support, and exhibits (1.5); draft reply brief in support of motion for terminating sanctions (7.4). |
| 10/27/2023 | R CORTEZ, JR. | 7.00 | $ 450.00 | $ 3,150.00 | Revise reply brief in support of motion for terminating sanctions. |
| 10/28/2023 | E B VICENTE | 1.30 | $ 830.00 | $ 1,079.00 | Revise reply in support of motion for sanctions. |
| 10/28/2023 | R JUAREZ | 3.70 | $ 830.00 | $ 3,071.00 | Review and revise reply brief in support of spoliation motion; review and assess file and law related to the same. |
| 10/29/2023 | R CORTEZ, JR. | 2.00 | $ 450.00 | $ 900.00 | Revise reply brief in support of motion for terminating sanctions. |
| 10/30/2023 | D A QUIGLEY | 4.20 | $ 625.00 | $ 2,625.00 | Revise reply in support of motion for sanctions; prepare declaration in support of same; prepare motion to seal and motion to consider whether documents should be sealed; identify exhibits in support of motions. |
| 10/30/2023 | E B VICENTE | 0.80 | $ 830.00 | $ 664.00 | Revise motion to seal documents and declaration in support (.5); revise supplemental declaration in support of reply in support of motion for spoliation sanctions (.3); |
| 10/30/2023 | R CORTEZ, JR. | 2.30 | $ 450.00 | $ 1,035.00 | Review comments to brief from R. McClaflin and K. Roberson and revise reply brief in support of motion for terminating sanctions. |
| 10/30/2023 | R JUAREZ | 1.90 | $ 830.00 | $ 1,577.00 | Final review and revision of reply in support of motion for spoliation (1.1); multiple strategy and legal email related to the same (.8); |