# EXHIBIT 5

| MOTION HEARING | | | | | |
|---|---|---|---|---|---|
| Date | Timekeeper | Hours attributable to Sanctions Motion Only | Attorney Hourly Rate | Dollar Value | Narrative related to Sanctions Motion Only |
| 11/16/2023 | M A PEARLSON | 1.90 | $ 400.00 | $ 760.00 | Draft outline for hearing on 3DS's motions for sanctions. |
| 11/16/2023 | R JUAREZ | 4.10 | $ 830.00 | $ 3,403.00 | Prepare for oral argument on 3DS's motion for sanctions (3.3); multiple email between opposing counsel and the court regarding scheduling the same (.8); |
| 1/8/2024 | B H MOON | 0.40 | $ 315.00 | $ 126.00 | Review 3D System, Inc.'s motion for sanctions pursuant to Federal Rules of Civil Procedure P.37(E) and the court's inherent powers, defendant's opposition, and plaintiff's reply to compile all cited authorities for attorney review in preparation of hearing. |
| 1/8/2024 | J D BORJA | 1.40 | $ 400.00 | $ 560.00 | Compile documents in preparation for motion for sanctions hearing (1.4). |
| 1/8/2024 | R JUAREZ | 3.20 | $ 830.00 | $ 2,656.00 | Begin preparation for hearing on 3DS's motion to terminate case for spoliation (3.2) |
| 1/9/2024 | B H MOON | 0.50 | $ 315.00 | $ 157.50 | Continue review 3D Systems, Inc.'s motion for sanctions pursuant to Fed Rules of Civil Procedure P.37(E) and the court's inherent powers, defendant's opposition, and plaintiff's reply to compile all cited authorities for attorney review in preparation of hearing. |
| 1/9/2024 | D A QUIGLEY | 4.80 | $ 625.00 | $ 3,000.00 | Review motions to seal for hearing on discovery motions (1.1); assist R. Juarez with OnShape documents for hearing on discovery motions (3.7) |
| 1/9/2024 | J D BORJA | 1.20 | $ 400.00 | $ 480.00 | strategize oral argument for 3DS"s motion for sanctions (1.00); compile documents in preparation for motion for sanctions hearing (.20). |
| 1/9/2024 | R JUAREZ | 4.70 | $ 830.00 | $ 3,901.00 | Continue to prepare for hearing on 3DS's motion for terminating sanctions. |
| 1/10/2024 | J D BORJA | 2.30 | $ 400.00 | $ 920.00 | Analyze client documents in preparation for motion for sanctions hearing (2.30). |
| 1/10/2024 | M A PEARLSON | 1.50 | $ 400.00 | $ 600.00 | Research relevant evidentiary standard for sanctions for R. Juarez in preparation for hearing (.2); prepare case law notes for R. Juarez for hearing on Plaintiffs' sanction motion (.5); review Compass Bank v. Morris Cerullo and prepare summary for R. Juarez (.8) |
| 1/10/2024 | R JUAREZ | 3.70 | $ 830.00 | $ 3,071.00 | Continue to prepare to argue for 3DS's motion for terminating sanctions. |
| 1/11/2024 | D A QUIGLEY | 3.30 | $ 625.00 | $ 2,062.50 | Attend hearing on discovery motions and informal discovery conference. |
| 1/11/2024 | J D BORJA | 1.80 | $ 400.00 | $ 720.00 | Analyze client documents to provide information to R. Juarez in preparation for sanctions hearing (1.8); |
| 1/11/2024 | M A PEARLSON | 1.70 | $ 400.00 | $ 680.00 | Research regarding Court's inherent authority to issue sanctions under its inherent power for R. Juarez (.8); |

| Date | Timekeeper | Hours attributable to Sanctions Motion Only | Attorney Hourly Rate | Dollar Value | Narrative related to Sanctions Motion Only |
|---|---|---|---|---|---|
| 1/11/2024 | R JUAREZ | 6.90 | $ 830.00 | $ 5,727.00 | Continue to prepare for hearing on 3DS's motion for terminating sanctions (3.6); attend hearing and argue motion for 3DS terminating sanctions (3.3). |