# EXHIBIT 6

| EVIDENTIARY HEARING & PREP | | | | | |
|---|---|---|---|---|---|
| Date | Timekeeper | Hours attributable to Sanctions Motion Only | Attorney Hourly Rate | Dollar Value | Narrative related to Sanctions Motion Only |
| 1/12/2024 | R CORTEZ, JR. | 0.50 | $ 495.00 | $ 247.50 | Discuss preparation for evidentiary hearing for motion on terminating sanctions with A. Quigley and J. Borja. |
| 1/16/2024 | D A QUIGLEY | 0.50 | $ 665.00 | $ 332.50 | Strategize regarding evidentiary hearing (.3); correspond with S. Turner regarding same (.2); |
| 1/16/2024 | E B VICENTE | 0.30 | $ 830.00 | $ 249.00 | Review court minute order regarding evidentiary hearing and confer with team regarding same. |
| 1/16/2024 | R JUAREZ | 0.50 | $ 830.00 | $ 415.00 | Review, prepare and respond to multiple email related to hearing on 3DS's motion for sanctions. |
| 1/17/2024 | D A QUIGLEY | 0.60 | $ 665.00 | $ 399.00 | Strategize regarding evidentiary hearing (.6). |
| 1/17/2024 | E B VICENTE | 0.40 | $ 830.00 | $ 332.00 | Telephone conference with A. Quigley regarding evidentiary hearing and non-retained experts (.3); respond to court clerk concerning evidentiary hearing (.1); |
| 1/18/2024 | E B VICENTE | 0.20 | $ 830.00 | $ 166.00 | Review court order setting evidentiary hearing and update clients re same (.2). |
| 1/23/2024 | D A QUIGLEY | 0.30 | $ 665.00 | $ 199.50 | Strategize regarding use of OnShape records at issue during evidentiary hearing. |
| 1/24/2024 | D A QUIGLEY | 2.40 | $ 665.00 | $ 1,596.00 | Strategize regarding evidentiary hearing and production of evidence related to [REDACTED] trade secret. |
| 1/24/2024 | E B VICENTE | 0.80 | $ 830.00 | $ 664.00 | Telephone conference with clients regarding preparation for evidentiary hearing (.4); telephone conference with Hunton team regarding evidentiary hearing strategy and prep (.4) |
| 1/25/2024 | D A QUIGLEY | 2.40 | $ 665.00 | $ 1,596.00 | Outline points for evidentiary hearing. |
| 1/25/2024 | E B VICENTE | 1.90 | $ 830.00 | $ 1,577.00 | Strategy call with R. Juarez and A. Quigley regarding evidentiary hearing strategy and outlining evidence to be developed (1.9) |
| 1/25/2024 | R JUAREZ | 1.50 | $ 830.00 | $ 1,245.00 | Prepare for and strategy call with E. Burkhardt Vicente related to hearing on sanctions. |
| 1/26/2024 | D A QUIGLEY | 0.80 | $ 665.00 | $ 532.00 | Strategize regarding evidentiary hearing (.8); |
| 1/26/2024 | E B VICENTE | 1.10 | $ 830.00 | $ 913.00 | Telephone conference with B. McClaflin regarding strategy for evidentiary hearing and gathering additional information (.7); telephone conference with A. Quigley regarding files to request client to search for related to evidentiary hearing (.4); |
| 2/8/2024 | E B VICENTE | 0.20 | $ 830.00 | $ 166.00 | Confer with A. Quigley about information for evidentiary hearing (.2). |
| 2/15/2024 | D A QUIGLEY | 0.40 | $ 665.00 | $ 266.00 | Assist with identification of exhibits for evidentiary hearing. |

1

| Date | Timekeeper | Hours attributable to Sanctions Motion Only | Attorney Hourly Rate | Dollar Value | Narrative related to Sanctions Motion Only |
|---|---|---|---|---|---|
| 2/16/2024 | B H MOON | 0.90 | $ 315.00 | $ 283.50 | Review B. Wynne's personal and 30(b)(6) deposition transcript to identify any testimony discussing [REDACTED], activity on OnShape, and the deleted files listed on PTC's production for atty R. Juarez review in connection with preparing 3D Systems' motion for sanctions. |
| 2/26/2024 | E B VICENTE | 0.50 | $ 830.00 | $ 415.00 | prepare for meeting regarding evidentiary hearing (.5); |
| 2/27/2024 | E B VICENTE | 1.00 | $ 830.00 | $ 830.00 | prepare for meeting regarding evidentiary hearing (1.0); |
| 2/28/2024 | D A QUIGLEY | 0.50 | $ 665.00 | $ 332.50 | Strategize regarding [REDACTED] for documents deleted by Defendants. |
| 3/1/2024 | D A QUIGLEY | 1.10 | $ 665.00 | $ 731.50 | Conduct call with clients regarding evidentiary hearing and OnShape (1.1) |
| 3/1/2024 | E B VICENTE | 1.60 | $ 830.00 | $ 1,328.00 | Telephone conference with clients and Hunton team regarding preparation for evidentiary hearing (1.4); follow-up telephone conference with R. Juarez (.2); |
| 3/1/2024 | R JUAREZ | 1.10 | $ 830.00 | $ 913.00 | Participate in call with S. Turner related to hearing preparation. |
| 3/4/2024 | R JUAREZ | 0.40 | $ 830.00 | $ 332.00 | Review and respond to multiple email related to motion for sanctions. |
| 3/5/2024 | D A QUIGLEY | 1.30 | $ 665.00 | $ 864.50 | Strategize regarding evidentiary hearing (.7); review new 9th circuit spoliation decision (.6). |
| 3/6/2024 | E B VICENTE | 0.10 | $ 830.00 | $ 83.00 | Review information regarding [REDACTED] for deleted documents on [REDACTED]. |
| 3/12/2024 | J D BORJA | 0.90 | $ 465.00 | $ 418.50 | Gather motion for sanctions preparation materials and circulate to client in preparation for hearing (.9); |
| 3/13/2024 | B H MOON | 0.20 | $ 315.00 | $ 63.00 | Conference call with attorney J. Borja regarding documents needed for motion for sanctions hearing to prepare for filing and compile documents and folders as instructed by J. Borja. |
| 3/13/2024 | D A QUIGLEY | 0.70 | $ 665.00 | $ 465.50 | Prepare for hearing with court regarding evidentiary hearing procedures (.7) |
| 3/13/2024 | E B VICENTE | 3.20 | $ 830.00 | $ 2,656.00 | Prepare for and telephone conference with A. Quigley and R. Juarez regarding planning for evidentiary hearing (2.7); review transcript from hearing regarding evidentiary hearing and outline points for upcoming hearing (.5). |
| 3/13/2024 | J D BORJA | 1.90 | $ 465.00 | $ 883.50 | Strategize and prepare for motion for sanctions hearing (1.5); gather motion for sanctions preparation materials and circulate to client in preparation for hearing (.2); gather documents for attorney prep for motion for sanctions hearing (.2); |
| 3/13/2024 | R JUAREZ | 1.30 | $ 830.00 | $ 1,079.00 | Strategy conference regarding preparation for pre-hearing meeting with Magistrate Judge and prepare for same (1.3) |
| 3/14/2024 | D A QUIGLEY | 3.10 | $ 665.00 | $ 2,061.50 | Prepare for evidentiary hearing (3.1) |

2

| Date | Timekeeper | Hours attributable to Sanctions Motion Only | Attorney Hourly Rate | Dollar Value | Narrative related to Sanctions Motion Only |
|---|---|---|---|---|---|
| 3/14/2024 | E B VICENTE | 3.00 | $ 830.00 | $ 2,490.00 | Prepare for and telephone conference with Defendants regarding matters to raise at status conference with Court concerning evidentiary hearing (.7); review new Ninth Circuit decision regarding spoliation (.3); telephone conference with A. Quigley regarding preparation for meeting with S. Turner (.5); prepare for meeting with S. Turner to prepare for evidentiary hearing (1.5); |
| 3/14/2024 | R JUAREZ | 0.50 | $ 830.00 | $ 415.00 | Participate in call with Court related to evidentiary hearing. |
| 3/15/2024 | B H MOON | 0.40 | $ 315.00 | $ 126.00 | Review file and compile all Declarations signed by S. Turner along with exhibits and deposition transcript in connection with preparing for sanctions hearing. |
| 3/15/2024 | D A QUIGLEY | 7.50 | $ 665.00 | $ 4,987.50 | Prepare for evidentiary hearing with S. Turner. |
| 3/15/2024 | E B VICENTE | 6.80 | $ 830.00 | $ 5,644.00 | Meeting with S. Turner, B. McClaflin and K. Roberson and Hunton team to prepare for evidentiary hearing (6.8); |
| 3/17/2024 | D A QUIGLEY | 1.10 | $ 665.00 | $ 731.50 | Prepare exhibit list and strategize regarding evidentiary hearing. |
| 3/17/2024 | E B VICENTE | 0.50 | $ 830.00 | $ 415.00 | Prepare for evidentiary hearing. |
| 3/18/2024 | D A QUIGLEY | 5.20 | $ 665.00 | $ 3,458.00 | Prepare for evidentiary hearing; prepare examination outline for S. Turner. |
| 3/18/2024 | E B VICENTE | 7.50 | $ 830.00 | $ 6,225.00 | Review briefing and declarations and outline contentions regarding documents allegedly located by Defendants for evidentiary hearing (2.0); telephone conference with clients and Hunton team to prepare for evidentiary hearing and follow-up telephone conference with R. Juarez and A. Quigley regarding hearing preparation (3.5); review 30(b)(6) deposition testimony of B. Wynne to prepare for evidentiary hearing (1.6); coordinate exhibits for hearing (.4). |
| 3/18/2024 | J D BORJA | 1.50 | $ 465.00 | $ 697.50 | analyze client documents in preparation for 3DS's sanctions hearing (1.00); analyze Defendants' production for purposes of preparing for Sanctions hearing (.50). |
| 3/18/2024 | R JUAREZ | 2.40 | $ 830.00 | $ 1,992.00 | Prepare for evidentiary hearing related to sanction and spoliation (1.1); conference call with K. Roberson regarding the same (.8); follow-up strategy and legal conference with E. Burkhardt Vicente regarding the same (.5). |
| 3/19/2024 | B H MOON | 0.40 | $ 315.00 | $ 126.00 | Confer with handling attorney A. Quigley regarding additions to the exhibit list for evidentiary and review document production to compile documents as exhibits. |

3

| Date | Timekeeper | Hours attributable to Sanctions Motion Only | Attorney Hourly Rate | Dollar Value | Narrative related to Sanctions Motion Only |
|---|---|---|---|---|---|
| 3/19/2024 | B H MOON | 1.20 | $ 315.00 | $ 378.00 | Additional review of Draft Exhibit List for Evidentiary Hearing reflecting and compile and omit additional documents to reflect the correct exhibit number and document description to reflect handling attorney A. Quigley's additions and omissions of exhibits for finalization. |
| 3/19/2024 | B H MOON | 2.10 | $ 315.00 | $ 661.50 | Review pleadings, client documents, and document productions to compile 108 individual documents to use for exhibits for plaintiff's motion for sanctions regarding spoliation and reconfigure documents to align with correct formatting needed for filing. |
| 3/19/2024 | D A QUIGLEY | 7.20 | $ 665.00 | $ 4,788.00 | Participate in phone call regarding evidentiary hearing (2.3); strategize regarding exhibit list (.6); revisions to exhibit list (.8); review Defendants' exhibits, exhibit list, and supplemental document production (3.5). |
| 3/19/2024 | E B VICENTE | 6.50 | $ 830.00 | $ 5,395.00 | Telephone conference with clients regarding evidentiary hearing preparation (3.2); telephone conference with R. Juarez regarding strategy for hearing and exhibits (.4); review Wynne deposition testimony to prepare for evidentiary hearing (.5); review and revise exhibit list (.8); revise exhibit list and telephone conference with R. Juarez and A. Quigley regarding exhibit list (1.5). |
| 3/19/2024 | J D BORJA | 1.70 | $ 465.00 | $ 790.50 | Analyze Defendants' supplemental production (.9); analyze Defendants' production in preparation for Sanctions hearing (.8). |
| 3/19/2024 | R JUAREZ | 2.90 | $ 830.00 | $ 2,407.00 | Participate in conference call with client related to hearing preparation on spoliation motion (2.0); conference with E. Burkhardt Vicente regarding exhibits on exhibit list (.9). |
| 3/20/2024 | B H MOON | 0.20 | $ 315.00 | $ 63.00 | Review 3D Systems document production to compile documents relating to [REDACTED] of C. Tanner's Deposition for attorney use regarding sanctions hearing. |
| 3/20/2024 | B H MOON | 2.40 | $ 315.00 | $ 756.00 | Review defendants' 87 exhibits used for the evidentiary hearing to identify all documents that are the same exhibits used by plaintiff and draft a chart outlining [REDACTED] for attorney use at hearing. |
| 3/20/2024 | D A QUIGLEY | 6.50 | $ 665.00 | $ 4,322.50 | Strategize regarding evidentiary hearing (2.6); conduct telephone call with S. Turner regarding evidentiary hearing (.6); prepare exhibits for evidentiary hearing (1.1); prepare for and conduct meet and confer telephone call with opposing counsel regarding exhibit list (.6); prepare outline for S. Turner direct examination (1.6). |

4

| Date | Timekeeper | Hours attributable to Sanctions Motion Only | Attorney Hourly Rate | Dollar Value | Narrative related to Sanctions Motion Only |
|---|---|---|---|---|---|
| 3/20/2024 | E B VICENTE | 6.80 | $ 830.00 | $ 5,644.00 | Review correspondence from clients regarding points for evidentiary hearing (.2); correspond with Defendants' counsel regarding hearing exhibits (.2); create timeline of access of deleted documents in relation to IA Skeleton (1.6); view and assess documents on Defendants' exhibit list and telephone conference with R. Juarez and A. Quigley regarding supplemental exhibits needed for evidentiary hearing (2.8); review documents from deposition of B. Wynne for possible hearing exhibits (1.1); outline cross examination questions for B. Wynne based on Defendants' exhibits (.9). |
| 3/20/2024 | J D BORJA | 7.90 | $ 465.00 | $ 3,673.50 | Analyze Defendants' evidentiary hearing exhibits in preparation for evidentiary hearing on Plaintiff's motion for sanctions and assess rebuttal exhibits (6.7); analyze Defendants' document production in preparation for evidentiary hearing on Plaintiff's motion for sanctions (1.2); |
| 3/20/2024 | R JUAREZ | 3.30 | $ 830.00 | $ 2,739.00 | Prepare for cross examination of C. Tanner. |
| 3/21/2024 | B H MOON | 1.20 | $ 315.00 | $ 378.00 | Review amended exhibit list for evidentiary hearing and begin compiling additional documents. |
| 3/21/2024 | D A QUIGLEY | 6.10 | $ 665.00 | $ 4,056.50 | Conduct call with K. Roberson regarding evidentiary hearing (.4); update exhibits for evidentiary hearing (1.2); prepare potential demonstrative for same (2.3); update outline for S. Turner (1.1); prepare for evidentiary hearing (1.1). |
| 3/21/2024 | E B VICENTE | 7.50 | $ 830.00 | $ 6,225.00 | Review documents and identify supplemental exhibits for evidentiary hearing (2.8); multiple telephone conferences with A. Quigley regarding hearing exhibit selection (.8); telephone conference with R. Juarez regarding hearing preparation (.3); review B. Wynne 30b6 testimony to prepare for evidentiary hearing (.6); revise supplemental exhibit list (.5); outline examination questions of B. Wynne for hearing (.5); review and analyze OnShape evidence for hearing (1.1); outline timeline of OnShape activity and text messages (.9); outline additional destruction evidence by Tanner (.6); |
| 3/21/2024 | J D BORJA | 4.80 | $ 465.00 | $ 2,232.00 | Analyze Defendants' deposition exhibits in preparation for identifying exhibits for evidentiary hearing. |
| 3/21/2024 | R JUAREZ | 3.00 | $ 830.00 | $ 2,490.00 | Prepare for Tanner's cross examination – review of exhibits in depositions. |
| 3/22/2024 | D A QUIGLEY | 5.90 | $ 665.00 | $ 3,923.50 | Prepare for evidentiary hearing (5.3); conduct call with S. Turner regarding declaration (.6). |
| 3/22/2024 | E B VICENTE | 2.30 | $ 830.00 | $ 1,909.00 | Review B. Wynne 30(b)(6) testimony in preparation for evidentiary hearing (1.9); confer with A. Quigley regarding preparation for evidentiary hearing (.4); |
| 3/23/2024 | E B VICENTE | 4.00 | $ 830.00 | $ 3,320.00 | Review Wynne individual deposition testimony to prepare for evidentiary hearing and outline examination for hearing. |

| Date | Timekeeper | Hours attributable to Sanctions Motion Only | Attorney Hourly Rate | Dollar Value | Narrative related to Sanctions Motion Only |
|---|---|---|---|---|---|
| 3/24/2024 | D A QUIGLEY | 3.40 | $ 665.00 | $ 2,261.00 | Prepare for evidentiary hearing. |
| 3/24/2024 | E B VICENTE | 7.50 | $ 830.00 | $ 6,225.00 | Review Wynne "expert" deposition testimony to prepare for evidentiary hearing and outline examination for hearing. |
| 3/24/2024 | R JUAREZ | 4.80 | $ 830.00 | $ 3,984.00 | Prepare for C. Tanner cross examination. |
| 3/25/2024 | D A QUIGLEY | 7.20 | $ 665.00 | $ 4,788.00 | Prepare for evidentiary hearing. |
| 3/25/2024 | E B VICENTE | 7.70 | $ 830.00 | $ 6,391.00 | Prepare for evidentiary hearing, including outline of examinations, review of Defendants' demonstrative exhibits, and strategy discussions with team. |
| 3/25/2024 | J D BORJA | 5.00 | $ 465.00 | $ 2,325.00 | Analyze Defendants' document production in preparation for evidentiary hearing (3.0); Analyze evidentiary objections based on inconsistent testimony of corporate representative (2.0). |
| 3/25/2024 | R JUAREZ | 1.70 | $ 830.00 | $ 1,411.00 | Further prepare for cross examination of C. Tanner; meet with client related to the same |
| 3/26/2024 | B H MOON | 0.70 | $ 315.00 | $ 220.50 | Confer with handling attorney A. Quigley regarding additional exhibits needed for court and witnesses and compile necessary documents for exhibits to provide instructions to vendor regarding documents to prepare for evidentiary hearing; coordinate with vendor regarding exhibit preparation. |
| 3/26/2024 | D A QUIGLEY | 9.30 | $ 665.00 | $ 6,184.50 | Prepare for evidentiary hearing. |
| 3/26/2024 | E B VICENTE | 9.50 | $ 830.00 | $ 7,885.00 | Prepare for evidentiary hearing, including client strategy meeting, preparation of S. Turner, outline of examinations, and strategy discussions with team. |
| 3/26/2024 | J D BORJA | 5.00 | $ 465.00 | $ 2,325.00 | Analyze Defendants' exhibits in preparation for evidentiary hearing re: Plaintiff's motion for sanctions (4.0); analyze Tanner transcript in preparation for evidentiary hearing (1.0). |
| 3/26/2024 | R JUAREZ | 7.80 | $ 830.00 | $ 6,474.00 | Prepare for evidentiary hearing on spoliation motion, including meeting with client. |
| 3/27/2024 | D A QUIGLEY | 6.60 | $ 665.00 | $ 4,389.00 | Prepare for and attend evidentiary hearing. |
| 3/27/2024 | E B VICENTE | 7.50 | $ 830.00 | $ 6,225.00 | Prepare for evidentiary hearing (2.5); participate in hearing (5.0) |
| 3/27/2024 | R JUAREZ | 5.00 | $ 830.00 | $ 4,150.00 | Attend evidentiary hearing on spoliation motion. |