# EXHIBIT 7

| POST-HEARING BRIEF | | | | | |
|---|---|---|---|---|---|
| Date | Timekeeper | Hours attributable to Sanctions Motion Only | Attorney Hourly Rate | Dollar Value | Narrative related to Sanctions Motion Only |
| 3/28/2024 | D A QUIGLEY | 3.70 | $  665.00 | **$2,460.50** | Strategize regarding post-evidentiary hearing brief. |
| 3/28/2024 | E B VICENTE | 0.40 | $  830.00 | **$332.00** | Confer with A. Quigley regarding arguments for brief following evidentiary hearing. |
| 3/29/2024 | D A QUIGLEY | 1.60 | $  665.00 | **$1,064.00** | Prepare outline for post-hearing motion. |
| 3/31/2024 | D A QUIGLEY | 0.60 | $  665.00 | **$399.00** | Strategize regarding post-evidentiary hearing brief. |
| 4/1/2024 | D A QUIGLEY | 1.30 | $  665.00 | **$864.50** | Begin preparing chart for post-evidentiary hearing motion (1.3). |
| 4/2/2024 | D A QUIGLEY | 2.30 | $  665.00 | **$1,529.50** | Prepare chart of deleted document and elements for evidentiary hearing motion (2.3). |
| 4/2/2024 | J D BORJA | 5.50 | $  465.00 | **$2,557.50** | Analyze client documents in preparation for evidentiary hearing briefing (5.5); |
| 4/2/2024 | M A PEARLSON | 0.90 | $  400.00 | **$360.00** | Research regarding spoliation [REDACTED] in support of spoliation hearing. |
| 4/2/2024 | M A PEARLSON | 0.60 | $  400.00 | **$240.00** | Analyze WeRide Corp. v. Kun Huang in support of hearing on sanctions. |
| 4/2/2024 | M A PEARLSON | 0.60 | $  400.00 | **$240.00** | Analyze Keithley v. Home Store.com in support of hearing on sanctions. |
| 4/2/2024 | M A PEARLSON | 0.40 | $  400.00 | **$160.00** | Analyze OmniGen Rsch. v. Yongqiang Wang in support of hearing on sanctions. |
| 4/2/2024 | M A PEARLSON | 0.40 | $  400.00 | **$160.00** | Analyze Dorchester Fin. Holdings Corp. v. Banco BRJ SA in support of hearing on sanctions. |
| 4/3/2024 | D A QUIGLEY | 2.00 | $  665.00 | **$1,330.00** | strategize regarding OnShape issues (1.2); strategize regarding post-evidentiary hearing brief (.8). |
| 4/3/2024 | J D BORJA | 2.00 | $  465.00 | **$930.00** | Analyze client documents in preparation for evidentiary hearing briefing. |
| 4/4/2024 | D A QUIGLEY | 1.10 | $  665.00 | **$731.50** | Strategize regarding post-evidentiary hearing brief. |
| 4/5/2024 | D A QUIGLEY | 2.10 | $  665.00 | **$1,396.50** | Strategize regarding post-evidentiary hearing brief. |
| 4/10/2024 | D A QUIGLEY | 2.30 | $  665.00 | **$1,529.50** | Strategize regarding motion to seal references from evidentiary hearing (.7); Review evidentiary hearing transcript (1.6). |
| 4/12/2024 | D A QUIGLEY | 0.60 | $  665.00 | **$399.00** | Continue review of hearing transcript (.6). |
| 4/13/2024 | D A QUIGLEY | 4.10 | $  665.00 | **$2,726.50** | Review post-evidentiary hearing transcript and prepare post-evidentiary hearing chart and brief. |
| 4/14/2024 | D A QUIGLEY | 5.10 | $  665.00 | **$3,391.50** | Review post-evidentiary hearing transcript and prepare post-evidentiary hearing chart and brief. |
| 4/18/2024 | D A QUIGLEY | 6.40 | $  665.00 | **$4,256.00** | Prepare post-evidentiary hearing brief and supporting chart (6.4) |

| Date | Timekeeper | Hours attributable to Sanctions Motion Only | Attorney Hourly Rate | Dollar Value | Narrative related to Sanctions Motion Only |
|---|---|---|---|---|---|
| 4/18/2024 | E B VICENTE | 2.80 | $ 830.00 | $2,324.00 | Confer with A. Quigley regarding outline of arguments for evidentiary hearing brief (1.0);  review transcript of evidentiary hearing in preparation for working on brief (1.8). |
| 4/19/2024 | D A QUIGLEY | 6.40 | $ 665.00 | $4,256.00 | Prepare post-evidentiary brief and supporting chart. |
| 4/19/2024 | E B VICENTE | 0.90 | $ 830.00 | $747.00 | Outline points for brief based on review of evidentiary hearing transcript (.9). |
| 4/21/2024 | D A QUIGLEY | 3.80 | $ 665.00 | $2,527.00 | Revise chart of deleted documents and elements based on feedback. |
| 4/21/2024 | E B VICENTE | 2.30 | $ 830.00 | $1,909.00 | Review testimony and revise brief following evidentiary hearing (1.3); revise chart to accompany evidentiary hearing brief (.8); confer with team regarding same (.2). |
| 4/21/2024 | R JUAREZ | 2.50 | $ 830.00 | $2,075.00 | Review and revise supplemental brief regarding Plaintiff's motion for sanctions (1.3); review and revise chart regarding the same (1.2). |
| 4/22/2024 | D A QUIGLEY | 4.60 | $ 665.00 | $3,059.00 | Prepare post-evidentiary hearing brief and supporting chart (4.6) |
| 4/22/2024 | E B VICENTE | 1.70 | $ 830.00 | $1,411.00 | Confer with team regarding revisions to evidentiary brief and chart (.8); telephone conference with A. Quigley regarding supplemental arguments for evidentiary brief and chart (.9). |
| 4/22/2024 | R JUAREZ | 2.10 | $ 830.00 | $1,743.00 | Strategy and legal discussion with A. Quigley regarding brief in support of motion for sanctions and chart regarding the same (.6); review and revise amended chart (1.1); review file regarding the same (.4). |
| 4/23/2024 | D A QUIGLEY | 5.80 | $ 665.00 | $3,857.00 | Prepare post-evidentiary hearing brief and supporting evidence. |
| 4/23/2024 | E B VICENTE | 1.60 | $ 830.00 | $1,328.00 | Revise evidentiary hearing brief (1.6). |
| 4/24/2024 | D A QUIGLEY | 7.10 | $ 665.00 | $4,721.50 | Prepare post-evidentiary hearing brief and supporting evidence (7.1) |
| 4/24/2024 | E B VICENTE | 1.40 | $ 830.00 | $1,162.00 | Confer with team regarding evidentiary hearing brief; review client comments on brief; revise chart in support of evidentiary hearing brief. |
| 4/25/2024 | D A QUIGLEY | 6.60 | $ 665.00 | $4,389.00 | Revise post-evidentiary hearing brief and supporting evidence. |
| 4/25/2024 | E B VICENTE | 3.10 | $ 830.00 | $2,573.00 | Revise chart to accompany evidentiary brief (2.2); telephone conference with R Juarez and A Quigley regarding possible supplemental evidence and revisions to brief and chart (.9) |
| 4/25/2024 | R CORTEZ, JR. | 4.50 | $ 495.00 | $2,227.50 | Conduct research regarding whether terminating sanctions have been entered [REDACTED], types of sanctions granted [REDACTED] (4.5). |

| Date | Timekeeper | Hours attributable to Sanctions Motion Only | Attorney Hourly Rate | Dollar Value | Narrative related to Sanctions Motion Only |
|---|---|---|---|---|---|
| 4/25/2024 | R JUAREZ | 2.90 | $ 830.00 | **$2,407.00** | Review and assess cross examination materials to supplement chart showing spoliation (.5); multiple strategy and legal discussions and email regarding the same, including supplementing the record (.6); review of transcript of hearing on spoliation related to the same (.5); further review and revise chart regarding spoliation (.8); additional review of post hearing brief (.5). |
| 4/26/2024 | D A QUIGLEY | 5.70 | $ 665.00 | **$3,790.50** | Finalize post-evidentiary hearing brief and supporting evidence for filing. |
| 4/26/2024 | E B VICENTE | 1.10 | $ 830.00 | **$913.00** | Telephone conference with A. Quigley regarding finalizing evidentiary brief and chart (.3); Revise evidentiary hearing brief (.8). |
| 4/26/2024 | R JUAREZ | 0.60 | $ 830.00 | **$498.00** | Review and respond to multiple email related to filing of brief in support of motion for sanctions. |