# EXHIBIT 8

| Fee Petition | | | | | |
|---|---|---|---|---|---|
| Date | Timekeeper | Hours attributable to Sanctions Motion Only | Attorney Hourly Rate | Dollar Value | Narrative related to Sanctions Motion Only |
| 8/21/2024 | D A QUIGLEY | 0.5 | $ 685.00 | $ 342.50 | Review orders on motion for terminating sanctions (0.5) |
| 8/21/2024 | E B Vicente | 0.9 | $ 830.00 | $ 747.00 | Review and assess Court order on motion for terminating sanctions (.4); outline points for attorneys' fee petition (.5) |
| 8/22/2024 | E B Vicente | 1.7 | $ 830.00 | $ 1,411.00 | Review seven months of invoices and identify time entries associated with motion for terminating sanctions, hearing and related briefing (1.7); |
| 8/22/2024 | R CORTEZ, JR | 1.8 | $ 505.00 | $ 909.00 | Conduct research regarding form for fee petition and evidence needed in support. |
| 8/23/2024 | D A QUIGLEY | 2.2 | $ 685.00 | $ 1,507.00 | Review billing records for fees motion (0.8); coordinate with B. Moon to review spreadsheets for fee motions (0.5); review compilation of fees (0.3); review fee motions (0.3); strategize regarding declaration in support of fee motion (0.3). |
| 8/23/2024 | E B Vicente | 1.7 | $ 830.00 | $ 1,411.00 | Review and revise chart of time entries associated with motion for terminating sanctions, hearing ad related briefing (.8); review and identify costs associated with motion for terminating sanctions, hearing ad related briefing (.9). |
| 8/23/2024 | R CORTEZ, JR | 6.4 | $ 505.00 | $ 3,232.00 | Conduct research regarding fee awards and hourly rates deemed reasonable in Southern District (2.0); draft fee petition (4.4). |
| 8/24/2024 | D A QUIGLEY | 0.1 | $ 685.00 | $ 68.50 | Compare research time to expenses incurred for fees motion. |
| 8/24/2024 | R CORTEZ, JR | 3.6 | $ 505.00 | $ 1,818.00 | Revise fee petition. |
| 8/25/2024 | D A QUIGLEY | 0.6 | $ 685.00 | $ 411.00 | Review and revise compilation of fee charges compiled by B. Moon for fee petition. |
| 8/25/2024 | E B Vicente | 2.9 | $ 830.00 | $ 2,407.00 | Revise spreadsheet of fees and costs for fee petition (1.4); revise fee petition (1.5). |
| 8/25/2024 | R CORTEZ, JR | 0.8 | $ 505.00 | $ 404.00 | Revise fee petition. |
| 8/26/2024 | D A QUIGLEY | 2.2 | $ 685.00 | $ 1,507.00 | Review and revise fee petition to address E. Vicente comments (0.7); revise fee petition spreadsheet to isolate fees related only to spoliation motion (0.6); revise fee petition spreadsheet to address E. Vicente comments (0.6); strategize regarding fee petition (0.3). |
| 8/26/2024 | E B Vicente | 2.1 | $ 830.00 | $ 1,743.00 | Review case law and time entries and revise fee petition to conform to same |
| 8/26/2024 | R CORTEZ, JR | 1.9 | $ 505.00 | $ 959.50 | Revise fee petition. |
| 8/27/2024 | D A QUIGLEY | 3.3 | $ 685.00 | $ 2,260.50 | Prepare declaration of E. Vicente (1.8); review and revise motion (0.7); review and revise spreadsheet of fee information (0.8). |
| 8/27/2024 | E B Vicente | 1.1 | $ 830.00 | $ 913.00 | Review and edit exhibit to declaration concerning time entries to further assess inclusion of appropriate entries. |