# EXHIBIT 9

**COSTS**

| Incurred Date | Narrative | Disb Billed |
|---|---|---|
| 9/20/2023 | Court reporter transcript for PTC (OnShape) Deposition | 4,232.80 |
| 1/10/2024 | Juarez, Roland M - Uber for spoliation motion hearing | 26.32 |
| 1/10/2024 | Quigley, David - Hotel room and fees for spoliation motion hearing | 246.81 |
| 1/10/2024 | Quigley, David - mileage for roundtrip drive to spoliation motion hearing from Los Angeles, CA (257.22 miles/km) | 172.34 |
| 1/12/2024 | Court reporter fee - James C Pence-Aviles - 01.11.2024 Motion Hearing Transcript | 743.65 |
| 1/12/2024 | Juarez, Roland M - Hotel for hearing on spoliation motion | 219.76 |
| 1/12/2024 | Juarez, Roland M - Uber for spoliation motion hearing | 45.31 |
| 3/15/2024 | Check for payment of court reporter transcript for Hearing Transcript for 03.14.2024 Status Conference regarding evidentiary hearing | 180.00 |
| 3/22/2024 | Document delivery of hearing exhibits to Roland Juarez in connection with evidentiary hearing on spoliation motion. | 1,226.72 |
| 3/23/2024 | UPS Express Delivery of check for hearing transcript, Ship To - U.S.D.Ct.of Southern California; Attn: James C. Pence- Avila; | 13.28 |
| 3/25/2024 | Roberson, Keith - Airfare from South Carolina to attend prep and hearing on evidentiary hearing for spoliation motion | 847.71 |
| 3/25/2024 | Roberson, Keith - Breakfast in connection with evidentiary hearing for spoliation motion | 24.00 |
| 3/25/2024 | Turner, Scott - Lunch in connection with meeting to prepare for evidentiary hearing for spoliation motion | 22.43 |
| 3/25/2024 | Roberson, Keith - personal mileage in connection with evidentiary hearing for spoliation motion | 16.75 |
| 3/25/2024 | Quigley, David - hotel parking in connection with evidentiary hearing on spoliation motion | 84.00 |
| 3/25/2024 | Quigley, David - hotel for attrending preparation meeting and evidentiary hearing on spoliation motion (2 nights 3/25/24 and 3/26/24) | 759.61 |
| 3/25/2024 | Quigley, David - mileage for roundtrip travel to San Diego from Los Angeles for evidentiary hearing (260.05 miles/km) | 174.23 |
| 3/25/2024 | Roberson, Keith - parking in connection with meeting to prepare for evidentiary hearing on spoliation motion | 10.00 |
| 3/25/2024 | Vicente, Emily B - mileage in connection with travel to San Diego for meeting to prepare for evidentiary hearing on spoliation motion | 92.46 |
| 3/26/2024 | Juarez, Roland M - lunch in connection with evidentiary hearing on spoliation motion. | 8.48 |
| 3/26/2024 | Quigley, David - meal expense in connection with evidentiary hearing on spoliation motion. | 4.64 |
| 3/26/2024 | Roberson, Keith - dinner in connection with evidentiary hearing on spoliation motion | 35.66 |
| 3/26/2024 | Vicente, Emily B - Breakfast in connection with evidentiary hearing on spoliation motion | 11.21 |
| 3/26/2024 | Vicente, Emily B - meal expense in connection with evidentiary hearing on spoliation motion | 2.47 |
| 3/26/2024 | Vicente, Emily B - dinner for evidentiary hearing in connection with spoliation motion | 17.35 |
| 3/26/2024 | Lunch for 3DS and Hunton Teams during hearing preparation meeting on 3/26/24 | 112.90 |
| 3/26/2024 | Turner, Scott - hotel night on 3/25/24 in connection with meeting to prepare for evidentiary hearing on spoliation motion | 198.09 |

| Date | Description | Amount |
|---|---|---:|
| 3/27/2024 | Roberson, Keith - Breakfast in connection with evidentiary hearing for spoliation motion | 19.98 |
| 3/27/2024 | Turner, Scott - breakfast in connection with evidentiary hearing for spoliation motion | 25.73 |
| 3/27/2024 | Vicente, Emily B - Breakfast in connection with evidentiary hearing on spoliation motion | 14.98 |
| 3/27/2024 | Vicente, Emily B - meal expense in connection with evidentiary hearing on spoliation motion | 18.85 |
| 3/27/2024 | Juarez, Roland M - hotel for nights of 3/25/24 and 3/26/24 in connection with meetings to prepare for and attend evidentiary hearing on spoliation motion | 712.42 |
| 3/27/2024 | Roberson, Keith - parking in connection with attending evidentiary hearing on spoliation motion | 50.00 |
| 3/27/2024 | Turner, Scott - parking at hotel in connection with evidentiary hearing on spoliation motion | 14.00 |
| 3/27/2024 | Turner, Scott - parking near courthouse in connection with evidentiary hearing on spoliation motion | 35.00 |
| 3/25/2024 | Turner, Scott - parking in connection with meeting to prepare for evidentiary hearing on spoliation motion | 45.00 |
| 3/27/2024 | Turner, Scott - road tolls in connection with travel to evidentiary hearing on spoliation motion | 31.29 |
| 3/27/2024 | Vicente, Emily B - hotel in connection with preparation meeting and evidentiary hearing on spoliation motion (2 nights 3/25/24 and 3/26/24) | 869.50 |
| 3/27/2024 | Vicente, Emily B - roundtrip mileage in connection with evidentiary hearing on spoliation motion | 179.56 |
| 3/28/2024 | Roberson, Keith - rental car in connection with evidentiary hearing on spoliation motion | 164.75 |
| 3/28/2024 | Fee for court reporter transcript for 03.27.24 Evidentiary Hearing | 1,605.00 |
| 3/28/2024 | Roberson, Keith - gas for rental car in connection with evidentiary hearing on spoliation motion | 40.96 |
| 3/28/2024 | Courrier services: pick up and shred two boxes of documents prepared in connection with evidentiary hearing on spoliation motion | 30.00 |
| 3/28/2024 | Courier services: pick up boxes following evidentiary hearing on spoliation motion | 57.52 |
| 3/25/2024 | Courrier services: print and deliver examination binder to be used during cross-examination of Ben Wynne during evidentiary hearing on spoliation motion | 584.39 |
| 3/28/2024 | Roberson, Keith - Breakfast in connection with evidentiary hearing for spoliation motion | 40.37 |
| 3/28/2024 | Roberson, Keith - personal mileage in connection with evidentiary hearing for spoliation motion | 16.75 |
| 3/28/2024 | Roberson, Keith - hotel for preparation for and evidentiary hearing on spoliation motion 3/25/24 - 3/28/24) | 613.98 |
| 3/28/2024 | Turner, Scott - hotel in connection with evidentiary hearing on spoliation motion for 3/26/24 | 423.06 |
| 4/1/2024 | UPS Express Delivery of check for hearing transcript, Ship To - U.S.D.Ct.of Southern California; Attn: James C. Pence- Avila; | 11.69 |
| 3/26/2024 | Courier services: Printing of 5 copy sets of final versions of 3DS's exhibits for evidentiary hearing on spoliation motion and delivery. | 16,323.97 |
| 3/22/2024 | Courier services: print and deliver exhibit binders for E Vicente for use during evidentiary hearing on spoliation motion. | 772.54 |
| 4/2/2024 | UPS Express Delivery of check for hearing transcript, Ship To - U.S.D.Ct.of Southern California; Attn: James C. Pence- Avila; | 13.29 |
| 4/25/2024 | Westlaw charge by Richard Cortez in connection with research related to spoliation motion | 11.33 |
| 4/25/2024 | Westlaw charge by Richard Cortez in connection with research related to spoliation motion | 150.68 |