UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3D SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> Ben WYNNE, et al., <br><br> Defendants. | Case No.: 21-cv-1141-AGS-DDL <br><br> **ORDER DENYING MOTIONS TO SEAL (ECF 485, 490, 507, 510, 516, 518, 520, 528, 540, 543, 547, 560, 579, 582, 586, 590, 592, 601, 604, 618, 624) WITHOUT PREJUDICE** |

The parties move to seal many exhibits to their motions for summary judgment, to exclude experts, and for other potentially dispositive relief. To "seal judicial records attached to a dispositive motion," the moving party "must articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (cleaned up). This rule applies "even if the dispositive motion, or its attachments, were previously filed under seal or protective order." *Id.* at 1179. It also pertains to motions that "may be effectively dispositive of a motion for summary judgment," such as motions to exclude evidence. *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1222 (Fed. Cir. 2013).

Many of those sealing requests improperly rely solely on the protective order. (*See, e.g.*, ECF 528.) For other requests, it's unclear whether the document's original holder still wants it sealed. (*See, e.g.*, ECF 516.) Based on the current muddled record, the sealing motions are **DENIED** without prejudice, but the Court leaves the underlying documents provisionally sealed pending additional briefing. To streamline the process, by April 7, 2025, the parties must meet and confer about the sealing requests. By April 22, 2025, the parties must file a single, consolidated, joint sealing motion, including:

1. A table with the following columns:

| Provisionally Sealed Evidence (Description and Citations) | Party with the Sealing Burden | Legal Basis for Sealing | Opposition (if any) | Corresponding Substantive Motion(s) (ECF No.) |
|---|---|---|---|---|

2. A consolidated exhibit filing. The parties should include all proposed sealed documents such that they can be identified in the exhibit. *See* Schopler Local Civil Rule 2.

3. A list of any evidence that the parties no longer seek to seal.

After April 22, 2025, any provisionally sealed document not addressed in such a joint sealing motion will be unsealed.

Dated: March 17, 2025

_____
Hon. Andrew G. Schopler
United States District Judge