| | |
|---|---|
| 1 | HUNTON ANDREWS KURTH LLP |
| 2 | EMILY BURKHARDT VICENTE (SBN 263990) |
|   | ebvicente@Hunton.com |
| 3 | ROLAND M. JUAREZ (SBN 160793) |
| 4 | rjuarez@Hunton.com |
|   | D. ANDREW QUIGLEY (SBN 280986) |
| 5 | aquigley@Hunton.com |
| 6 | 550 South Hope Street, Suite 2000 |
|   | Los Angeles, California 90071-2627 |
| 7 | Telephone: 213 • 532 • 2000 |
| 8 | Facsimile: 213 • 532 • 2020 |

Attorneys for 3D SYSTEMS, INC.
and EVAN KUESTER

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3D SYSTEMS, INC., a California Corporation; <br><br>          Plaintiff, <br><br>     v. <br><br> BEN WYNNE, an individual; CHRIS TANNER, an individual; JAMIE ETCHESON, an individual; ROBERT MUELLER, an individual; IVAN CHOUSAL, an individual; INTREPID AUTOMATION, a California Corporation; and DOES 1 through 20, inclusive, <br><br>          Defendants. | Case No.: 3:21-cv-01141-AGS-DDL <br><br> **PLAINTIFF/COUNTER-DEFENDANT 3D SYSTEMS, INC. AND THIRD PARTY DEFENDANT EVAN KUESTER'S MOTION TO CONSIDER WHETHER MATERIALS DESIGNATED BY DEFENDANTS AS CONFIDENTIAL SHOULD BE SEALED** |
| INTREPID AUTOMATION, <br>          Counter-Claimant, <br>     v. <br> 3D SYSTEMS, and DOES 1-50, inclusive, <br><br>          Counter-Defendant. | |

| | |
|---|---|
| 1 | INTREPID AUTOMATION, |
| 2 |        Third Party Claimant, |
| |   v. |
| 3 | EVAN KUESTER, and ROES 1-50, inclusive, |
| 4 | |
| 5 |        Third Party Defendant. |

Plaintiff/Counter-Defendant 3D Systems, Inc. ("3DS") and Third-Party Defendant Evan Kuester ("Kuester") submit this Motion to Consider Whether Information Designated By Defendants As Confidential Should Be Sealed. The relevant materials were submitted by 3DS and Kuester in connection with their Motions in Limine and are attached to the supporting Declaration of D. Andrew Quigley as follows:

Exhibit B – Christopher Tanner 30(b)(6) Deposition Excerpts Vol. 1

Exhibit D – Robert Mueller 30(b)(6) Deposition Excerpts

Exhibit E – Paul Zimmer Expert Report Excerpts

Exhibit F – Paul Zimmer Deposition Excerpts

Exhibit N – Intrepid's Amended Supplemental Responses to Kuester's Interrogatories, Set One

Exhibit R – Interpid's Responses to 3DS's Interrogatories, Set One

Exhibit T – Intrepid's Supplemental Responses to 3DS's Interrogatories, Set One

3DS and Kuester make this Motion in compliance with the parties' Stipulated Protective Order, as they understand that Intrepid views this information as confidential.

DATED: December 5, 2025        **HUNTON ANDREWS KURTH LLP**

By: */s/ Emily Burkhardt Vicente*
    Emily Burkhardt Vicente
    Roland M. Juarez
    D. Andrew Quigley
Attorneys for Plaintiff/Counter-Defendant 3D SYSTEMS, INC. and Third Party Defendant EVAN KUESTER