# Exhibit 12

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 3D SYSTEMS, INC., a California Corporation;<br>Plaintiff,<br>v.<br>BEN WYNNE, an individual; CHRIS TANNER, an individual; JAMIE ETCHESON, an individual; ROBERT MUELLER, an individual; IVAN CHOUSAL, an individual; INTREPID AUTOMATION, a California Corporation; and DOES 1 through 20, inclusive,<br>Defendants. | Case No.: 3:21-cv-01141-AGS-DDL<br><br>**INTREPID'S PROPOSED VERDICT FORM**<br><br>**Hon. Andrew G. Schopler**<br>**Courtroom 5C** |
| INTREPID AUTOMATION,<br>Counter-Claimant,<br>v.<br>3D SYSTEMS, and DOES 1-50, inclusive,<br>Counter-Defendant. | |
| INTREPID AUTOMATION,<br>Third Party Claimant,<br>v.<br>EVAN KEUSTER, and ROES 1-50, inclusive,<br>Third Party Defendant. | |

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

*Please answer Question 1 and then follow the italicized instructions.*

<u>Breach of Contract</u>

**Question 1:** Did Intrepid prove by a preponderance of the evidence its claim for breach of contract against Kuester? Yes_____ No______

*If your answer to Question 1 is "yes," then answer Question 2. If you answered "no," to Question 1, skip Question 2 and proceed to Question 3.*

**Queston 2:** What do you find to be the total amount of damages which will compensate Intrepid for the harm caused by Kuester?

$________________________________

*Please proceed to Question 3.*

<u>Misappropriation of Trade Secrets</u>

**Question 3:** Was Intrepid the owner of the information it claims to be trade secret?

Yes_________ No__________

*If your answer to Question 3 is "yes," then answer Question 4. If you answered "no", stop here, and answer no further questions.*

**Question 4:** Was this information secret at the time of the alleged misappropriation?

Yes_________ No__________

*If your answer to Question 4 is "yes." then answer Question 5. If you answered "no," stop here, and answer no further questions.*

**Question 5:** Did this information have actual or potential independent economic value because it was secret?

Yes_________ No__________

*If your answer to Question 5 is "yes," then answer Question 6. If you answered "no," stop here, and answer no further questions.*

**Question 6:** Did Intrepid make reasonable efforts under the circumstances to keep the information secret?

Yes_________ No__________

*If your answer to Question 6 is "yes," then answer Question 7. If you answered "no," top here, and answer no further questions.*

**Question 7:** Did Defendants acquire, disclose or use the information by improper means?

Yes_________ No__________

*If your answer to Question 7 is "yes," then answer Question 8. If you answered "no," stop here, and answer no further questions.*

**Question 8:** Was Defendants' improper acquisition, disclosure or use of the information a substantial factor in causing any damage to Intrepid?

Yes_________ No__________

*If your answer to Questions 8 was "yes," then answer Questions 9-13. If you answered "no," stop here, and answer no further questions.*

**Question 9:** What is the dollar amount of the compensatory damages that you award from misappropriation of Intrepid's Alleged Trade Secret? You may award damages for either (i) Intrepid's actual harm caused by Defendants' misappropriation of Intrepid's Alleged Trade Secret plus Defendants' unjust enrichment or (ii) a reasonable royalty for Defendants' unauthorized disclosure or use of the Alleged Trade Secret, but not both.

| Actual Harm + Unjust Enrichment | Reasonable Royalty |
| --- | --- |
| $____________________ | $_______________________ |

**Question 10:** Is Intrepid entitled to prejudgment interest?

Yes _______ No _______

*If your answer to Question 10 was "yes" then continue to Question 11. If your answer to Question 10 was "no" then continue to Question 12.*

**Question 11:** From what date should the prejudgment interest to Intrepid be calculated?

Date: _____________________

*Continue to Question 12.*

**Question 12:** Has Intrepid proved that Defendants willfully and maliciously misappropriated one or more of Intrepid's trade secrets:

Yes _______ No _______

*If your answer to Question 12 was "yes" then continue to Question 13. If your answer to Question 12 was "no" then answer no more questions.*

**Question 13**: What is the dollar amount of the punitive damages Intrepid should receive from Defendants?

$________________________________

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy.

Dated: ____________________, 2026

By:__________________________________

Presiding Juror