# Exhibit 14

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 3D SYSTEMS, INC., a California Corporation;<br>Plaintiff,<br>v.<br>BEN WYNNE, an individual; CHRIS TANNER, an individual; JAMIE ETCHESON, an individual; ROBERT MUELLER, an individual; IVAN CHOUSAL, an individual; INTREPID AUTOMATION, a California Corporation; and DOES 1 through 20, inclusive,<br>Defendants. | Case No.: 3:21-cv-01141-AGS-DDL<br><br>**JOINT PROPOSED VOIR DIRE QUESTIONS** |
| INTREPID AUTOMATION,<br>Counter-Claimant,<br>v.<br>3D SYSTEMS, and DOES 1-50, inclusive,<br>Counter-Defendant. | |
| INTREPID AUTOMATION,<br>Third Party Claimant,<br>v.<br>EVAN KEUSTER, and ROES 1-50, inclusive,<br>Third Party Defendant. | |

Intrepid Automation ("Intrepid"), 3D Systems, Inc. ("3DS"), and Third Party Defendant Evan Kuester ("Kuester") hereby submit the following proposed voir dire questions:

**I. Joint Voir Dire Questions**

1. Do any of you know any of the other members of the jury panel? If yes:
   a. Who?
   b. How?
2. Do any of you know me or any of my Court staff, including the clerk, bailiff, reporter, law clerks, and/or secretary? If yes:
   a. Who?
   b. How?
3. The parties to this case and their respective attorneys are:
   a. Intrepid Automation, who is represented by Jeff Catalano, Robyn Bowland and Alexander Bennett of Irwin IP LLP/Miller Johnson, Anne Potiker of Wilson Elser Moskowitz Edelman & Dicker LLP, and Jason Stearns of Smith Gambrell & Russell LLP; and
   b. 3D Systems, Inc. and Evan Kuester, who are represented by Emily Burkhardt Vicente, Roland Juarez, Maya Eckstein, Ozzie Farres, Jake Struck and Andrew Quigley of Hunton Andrews Kurth LLP.
4. Have any of you heard of or otherwise been acquainted with, related to, done business with, been employed by or had any dealings with any of the parties, attorneys, or law firms just named? If yes:
   a. Who?
   b. Describe.
5. The following are a list of people who are associated with this case:
   a. Will Allen
   b. Seth Astle
   c. Ivan Chousal

d. Patrick Dunne
e. Jamie Etcheson
f. Richard Greene
g. Stacie Hoche
h. Chuck Hull
i. Andrew Johnson
j. Martin Johnson
k. Vyomesh Joshi
l. Evan Kuester
m. Robert Mueller
n. James Pingel
o. Heather Rysenga
p. Christopher Tanner
q. Dave Tribolet
r. Scott Turner
s. Michael Wallace
t. Craig White
u. Ben Wynne
v. Paul Zimmer
w. Robert Zubrickie

6. Are any of these names familiar to you? If so, who and how?

7. Do any of you have any strong feelings about the parties in this case, positive or negative, that might make it difficult for you to be fair and impartial as a juror in this case?

8. Do you, an immediate family member, or anyone close to you have any experience or training in 3D printing?

9. Have you worked in or near the manufacturing, technology, or 3D printing industries? If yes, please describe briefly.

10. Have you, an immediate family member, anyone close to you, or any of your employers ever been accused of copying someone's ideas or taking an idea without permission?

11. Have you, an immediate family member, or anyone close to you ever accused someone of copying someone's ideas or taking an idea without permission?

12. Have you invented or developed an idea you thought had value, whether as part of your employment or on your own?

a. If so, what was it you invented?
b. Was the invention ever commercialized – in other words, was it ever sold or used in something that was sold?
c. Did you apply for or receive a patent of the invention?
d. Did you ever identify the invention, or any part of the invention, as a trade secret?

13. Who here has ever worked for a company that invented something?

a. If so, what was it you invented?
b. Was the invention ever commercialized – in other words, was it ever sold or used in something that was sold?
c. Did the company apply for or receive a patent for the invention? If so, were you involved in that process?
d. Did the company ever identify the invention, or any part of the invention, as a trade secret?

14. Have you, or an immediate family member, or anyone close to you ever created something or had an invention and felt that it was taken or used without your permission? If yes, please explain the circumstances and the outcome.

15. Have you, an immediate family member, or anyone close to you ever owned a business? If so, please describe the nature of the business and the number of employees.

16. Have you, or someone in your immediate family, ever worked for a startup company or new business?

a. If so, what company or entity did you/they work for?

b. What kind of startup was it?

c. What was your/their position?

d. When and for how long did you/they work there?

e. Would you characterize your experience there as positive, negative or neutral? Why?

f. How do you think your family member would characterize their experience – positive, negative or neutral? Why?

17. Have you ever left a job for a position at a competing company?

18. Who here has worked for a company that had protectable trade secrets?

a. What measures did/does your company take to protect these secrets?

19. Who here has ever had to sign an NDA, or Non-Disclosure Agreement?

a. What were the circumstances?

20. Who here has required someone else to sign an NDA – Non-Disclosure Agreement?

a. What were the circumstances?

b. To the best of your knowledge, did that person abide by the NDA?

21. Who here would consider themselves an entrepreneur?

a. Tell us about your entrepreneurship.

22. Have you, or any members of your family or close friends, ever been involved in any way in a case involving accusations of a breach of contract or the misappropriation of trade secrets? If so:

a. What did the case involve?

b. What was your role in the case?

c. What was the outcome of the case?

d. Was there anything about that experience that you believe would impact your ability to be a fair and impartial juror in this case?

23. Did the experience color your opinions in any way about the court system?

24. Have you, an immediate family member, or anyone close to you ever been involved in a civil or criminal case of any kind as a witness, party, or juror? If so:

a. What did the case involve?
b. What was your role in the case?
c. What was the outcome of the case?
d. Was there anything about that experience that you believe would impact your ability to be a fair and impartial juror in this case?
e. Did the experience color your opinions in any way about the court system?

25. Does anyone have strong feelings about lawsuits or the legal system in general that you believe would make it difficult for you to be a fair and impartial juror in this case?

26. Is there anything else that you believe should be called to the Court's attention as having a bearing on your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict in this case?

## II. Intrepid Proposed Voir Dire Questions

27. Do you own stock in any 3D printing companies, including but not limited to 3D Systems Corporation?

28. Do you have any experience with digital display technologies or multi-projector displays?

29. Do you believe companies should be allowed to protect confidential business information?

30. Has someone you trusted ever disclosed information about you that you considered to be a secret? Please explain the circumstances briefly (but not the secret).

31. Do you feel that if one company accuses another company of stealing trade secrets or infringing its patents, the accusation is probably true or not true?

32. Do you believe it is an accepted part of business for companies to steal from each other?

33. Would you have difficulty accepting that confidential business information can be valuable property, even though it may not be physical property that can be touched or seen?

34. Would you have difficulty applying a rule that allows people and companies to compete fairly, but does not allow them to use another company's trade secrets or confidential business information?

35. Do you disagree with the idea that improving an existing technology, product, process, or way of doing business can be valuable, even if it builds on something that existed before?

36. Do you believe that executives or employees of large companies are generally more truthful, more credible, or more reliable than executives or employees of small companies?

37. Do you disagree with the idea that fair competition requires large companies and small companies to follow the same legal rules?

38. Would you have difficulty accepting that filing a lawsuit may be an appropriate way for a company to protect its property or legal rights?

39. Would you have difficulty awarding monetary damages to a plaintiff if the evidence and the Court's instructions support such an award?

40. Would you have difficulty awarding substantial monetary damages, including damages of $10 million or more, if the evidence and the Court's instructions support that amount?

41. Would you have difficulty awarding damages to punish wrongful actions rather than actual losses regardless of the facts or the Court's instructions?

## III. 3DS Proposed Voir Dire Questions

42. This is a dispute between a small company and a large company. Who here believes they would start out favoring the smaller company?

43. Has anyone had an experience with a large company that they believe would make it difficult to be impartial?

44. Who here believes that just because a lawsuit has made it this far – all the way to trial – someone must have done something wrong?

45. Who here believes that the bigger company – the defendant – will need to prove to you that it did nothing wrong?

46. Is there anyone who thinks that just because a plaintiff has filed a lawsuit, he or she is entitled to get some money?

47. Have you, an immediate family member, or anyone close to you ever applied for, or obtained, a United States or foreign patent? Tell us about this?

48. Have you, an immediate family member, or anyone close to you ever been employed by the United States Patent and Trademark Office?

49. Have you worked with engineers or have an engineer in your family?

50. Who graduated from High School?

51. Who has an undergraduate degree? What was it in?

52. Who has a post graduate degree? What was it in?

53. Do you have sales in your occupation history? What type of position?

54. Do you have marketing in your occupation history? What type of position? Research involved?

55. Do you have accounting or auditing in your background? What type of position?

56. Have you worked in an occupation involving manufacturing?

57. Have you ever been a foreperson?

58. If you have worked for a company, what size was or is it?

59. For those of you who consider yourselves to be entrepreneurs:

a. Did you start a company ?
b. How many employees did it get up to?
c. Is is still around? How long did it last?
d. Did you have investors or seek investors?

60. Have you, an immediate family member, or anyone close to you ever been sued personally and faced personal economic damages?

DATED: July 1, 2026

**MILLER JOHNSON / IRWIN IP**

By: /s/ Jeffrey Catalano
Jeffrey J. Catalano
Robyn M. Bowland
Alexander S. Bennett

DATED: July 1, 2026

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/ Anne S. Potiker
Sean M. Monks, Esq.
Anne S. Potiker, Esq.

Attorneys for Defendant/Counter-Claimant/Third Party Claimant INTREPID AUTOMATION

DATED: July 1, 2026

**HUNTON ANDREWS KURTH LLP**

By: /s/ Emily Burkhardt Vicente
Emily Burkhardt Vicente
Roland M. Juarez
D. Andrew Quigley

Attorneys for Plaintiff/Counter-Defendant, 3D SYSTEMS, INC. and Third-Party Defendant EVAN KUESTER