**MILLER JOHNSON / IRWIN IP**
JEFFREY J. CATALANO
catalanoj@millerjohnson.com
ROBYN M. BOWLAND
rbowland@irwinip.com
ALEXANDER S. BENNETT
abennett@irwinip.com
150 N. Wacker Drive, Suite 700
Chicago, IL 60606

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Sean M. Monks (SBN 326301)
Anne S. Potiker (SBN 323693)
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 321-6200

*Attorneys for Intrepid*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 3D SYSTEMS, INC., a California Corporation;<br>Plaintiff,<br>v.<br>BEN WYNNE, an individual; CHRIS TANNER, an individual; JAMIE ETCHESON, an individual; ROBERT MUELLER, an individual; IVAN CHOUSAL, an individual; INTREPID AUTOMATION, a California Corporation; and DOES 1 through 20, inclusive,<br>Defendants. | Case No.: 3:21-cv-01141-AGS-DDL<br><br>**JOINT RESUBMISSION OF PROPOSED JURY INSTRUCTIONS IN REDLINE FORMAT** |
| INTREPID AUTOMATION,<br>Counterclaimant,<br>v.<br>3D SYSTEMS, and DOES 1-50, inclusive,<br>Counterdefendant. | |
| INTREPID AUTOMATION,<br>Third-Party Claimant,<br>v.<br>EVAN KUESTER, and ROES 1-50, inclusive,<br>Third-Party Defendant. | |

Pursuant to ECF 897, the parties hereby jointly resubmit their respective proposed jury instructions in redline format. The parties have redlined those portions of their proposed jury instructions against the model jury instructions the parties cite, which include the Ninth Circuit Model Jury Instructions and Model California Civil Jury Instructions (CACI). If no model jury instruction is available for a proposed instruction, the entire proposed instruction is shown in redline.

Additionally, the parties have combined their proposed jury instructions into one document. To the extent the parties are in agreement regarding a proposed instruction, that instruction is labeled as "Agreed." To the extent the parties are in disagreement about a proposed instruction, the instruction is labeled as "Disputed." For disputed instructions, the parties have submitted their competing proposals or stated that they do not think the other party's proposed instruction is necessary. Intrepid Automation objects to all of 3D Systems, Inc. and Kuester's disputed proposed instructions, and 3D Systems, Inc. and Kuester object to all of Intrepid Automation, Inc.'s disputed proposed instructions.

By resubmitting these jury instructions, 3DS and Kuester do not waive their objection to this case proceeding as a jury trial.

The parties met and conferred regarding this resubmission on July 7, 2026, and, as a result, have agreed to several additional proposed instructions that were disputed as of the initial filing on July 1, 2026. ECF 893-10, 893-11.

Respectfully submitted,

Dated: July 8, 2026

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/ Anne S. Potiker*
Sean M. Monks, Esq.
Anne S. Potiker, Esq.

*Attorneys for INTREPID AUTOMATION*

Dated: July 8, 2026

**HUNTON ANDREWS KURTH LLP**

By: */s/ Emily Burkhardt Vicente*
Emily Burkhardt Vicente
Roland M. Juarez
D. Andrew Quigley
Jake Struck
Ozzie Farres
*Attorneys for 3D SYSTEMS, INC. and EVAN KUESTER*